**Order entered December 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01384-CV

### IN THE INTEREST OF K.V.K., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-19679**

## ORDER

We **DENY** appellee's November 24, 2014 motion for an extension of time to file a notice of cross-appeal without prejudice to filing a motion, **within ten days of the date of this order**, that states the facts relied on to reasonably explain the need for an extension. *See* TEX. R. APP. P. 26.3 & 10.5(b)(1)(C).

/s/    ELIZABETH LANG-MIERS
         JUSTICE